Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−26586−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Ariel Loaeza−Hernandez                       Maria D. Loaeza
  dba Lorama Staffing, LLC.                 dba Lorama Labor and Staffing, LLC.
  46 S. Chew Road                              46 S. Chew Road
  Hammonton, NJ 08037−3349             Hammonton, NJ 08037−3349

Social Security No.:
  xxx−xx−9641                                 xxx−xx−7935

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 10, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 26 − 25
Order Granting Application for Extension of Loss Mitigation (Related Doc # 25). Loss Mitigation Period Extended to: 3/26/2017. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/10/2017. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 10, 2017
JAN: cmf

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ariel Loaeza-Hernandez  
Maria D. Loaeza  
    Debtors

Case No. 16-26586-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 10, 2017  
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.  
lm          HSBC Bank USA/Ditech Financial,    PO Box 6172,    Rapid City, SD   57709-6172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Laura M. Egerman     on behalf of Creditor    Ditech Financial LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
         Victor   Druziako     on behalf of Joint Debtor Maria D. Loaeza bkdruziako@aol.com  
         Victor   Druziako     on behalf of Debtor Ariel   Loaeza-Hernandez bkdruziako@aol.com  
                                                                                                            TOTAL: 6