UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
(856)692-7474
Counsel for Debtors, Ariel Loaeza-Hernandez and Maria D. Loaeza; VD-3263

In Re:

Debtors, Ariel Loaeza-Hernandez and Maria D. Loaeza

**Order Filed on May 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-26586

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 9, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtors_____, on _____9/27/2016_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____06/24/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

United States Bankruptcy Court
District of New Jersey

In re:
Ariel Loaeza-Hernandez
Maria D. Loaeza
    Debtors

Case No. 16-26586-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 09, 2017
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.
db/jdb        Ariel Loaeza-Hernandez,    Maria D. Loaeza,    46 S. Chew Road,    Hammonton, NJ    08037-3349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Erin Darden    on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
            Victor Druziako    on behalf of Joint Debtor Maria D. Loaeza bkdruziako@aol.com
            Victor Druziako    on behalf of Debtor Ariel Loaeza-Hernandez bkdruziako@aol.com
                                                                                                         TOTAL: 7