## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−26586−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ariel Loaeza−Hernandez | Maria D. Loaeza |
| dba Lorama Staffing, LLC. | dba Lorama Labor and Staffing, LLC. |
| 46 S. Chew Road | 46 S. Chew Road |
| Hammonton, NJ 08037−3349 | Hammonton, NJ 08037−3349 |

Social Security No.:
  xxx−xx−9641                                         xxx−xx−7935

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 3, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 3, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-26586-JNP
Ariel Loaeza-Hernandez                                                  Chapter 13
Maria D. Loaeza
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2              Date Rcvd: Aug 03, 2017
                              Form ID: 148           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
```
db/jdb         Ariel Loaeza-Hernandez,    Maria D. Loaeza,    46 S. Chew Road,    Hammonton, NJ 08037-3349
aty           +Pluese Becker & Saltzman,    2000 Horizon Way,    Ste. 900,    Mt. Laurel, NJ 08054-4303
lm             HSBC Bank USA/Ditech Financial,    PO Box 6172,    Rapid City, SD 57709-6172
516364394      AMCOL Systems,    POB 29221,    Columbia, South Carolina 29221
516364396      Atlanticare RMC,    POB 786361,    Philadelphia, Pennsylvania 19178-6361
516364397     +Attorney General,    United States Dept. of Justice, Ben Fran,    POB 683,
                Washington, District of Columbia 20044-0683
516432057      CACH, LLC,    PO BOX 10587,    Greenville, SC 29603-0587
516364401      Christopher P. Odogbili, Esquire,    Pressler and Pressler, LLP,    7 Entin Road,
                Parsippany, New Jersey 07054-5020
516364402      Comcast,    POB 3002,    Southeastern, Pennsylvania 19398-3002
516364405    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,    332 Minnesota Street,    Suite 610,
                Saint Paul, MN 55101)
516364407      Fresh View Solutions,    POB 172285,    Denver, Colorado 80217-2285
516364408      GMAC Mortgage, LLC,    POB 780,    Waterloo, Iowa 50704-0780
516364409     +Homeward Residential,    1525 S. Belt Line Rd.,    Coppell, Texas 75019-4913
516501111     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516364413     +Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, California 92108-2709
516364414     +Midland Funding, LLC,    2365 Northside Drive, Suite 399,    San Diego, California 92108-2719
516364417      NJ E-ZPass Violation Processing Center,    POB 52005,    Newark, New Jersey 07101-8205
516364415      New Jersey Attorney General,    Division of Law, Richard J. Hughes Justi,    POB 112,
                Trenton, New Jersey 08625-0112
516442581      New Jersey Turnpike Authority,    Law Dept: Attn: Mark Schneider, Esq,    PO Box 5042,
                Woodbridge, NJ 07095-5042
516364418     +Northland Group Inc.,    POB 390905,    Minneapolis, Minnesota 55439-0905
516364419     +Ocwen,    POB 24646,    West Palm Beach, Florida 33416-4646
516364420      Performant Recovery, Inc.,    POB 9049,    Pleasanton, California 94566-9049
516364421     +Pluese, Becker & Saltzman, LLC,    2000 Horizon Way,    Suite 900,
                Mount Laurel, New Jersey 08054-4303
516364424      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, New Jersey 07054-5020
516364416     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,
                Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,   P. O. Box 245,
                Trenton, New Jersey 08695-0267)
516364430     +U.S. Department of Labor Wage and Hour D,    Northeast Regional Office, The Curtis Ce,
                170 S. Independence Mall West,    Philadelphia, PA 19106-3317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2017 22:47:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516364395      EDI: ARSN.COM Aug 03 2017 22:28:00      ARS National Services, Inc.,    POB 463023,
                Escondido, California 92046-3023
516364392     +EDI: ALLIANCEONE.COM Aug 03 2017 22:28:00      AllianceOne Receivables Management Inc.,
                4850 Street Road, Suite 300,    Trevose, Pennsylvania 19053-6643
516446044      EDI: GMACFS.COM Aug 03 2017 22:28:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
516364393     +EDI: GMACFS.COM Aug 03 2017 22:28:00      Ally Financial,    POB 380901,
                Bloomington, Minnesota 55438-0901
516364398     +EDI: STFC.COM Aug 03 2017 22:28:00      Cach LLC,    4340 S. Monaco 2nd Flr,
                Denver, Colorado 80237-3485
516385177      EDI: CAPITALONE.COM Aug 03 2017 22:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
516364399     +EDI: CAPITALONE.COM Aug 03 2017 22:28:00      Capital One Bank (USA), N.A.,   POB 5253,
                Carol Stream, Illinois 60197-5253
516364403     +EDI: CONVERGENT.COM Aug 03 2017 22:28:00      Convergent Outsourcing,    800 S.W. 39th St.,
                Renton, Washington 98057-4975
516364406     +EDI: TSYS2.COM Aug 03 2017 22:28:00      DSNB/Macy’s,    POB 8218,    Mason, Ohio 45040-8218
516591388      E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2017 22:46:50
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516364410     +EDI: HFC.COM Aug 03 2017 22:28:00      HSBC Bank,    POB 5253,
                Carol Stream, Illinois 60197-5253
516364404      EDI: IRS.COM Aug 03 2017 22:28:00      Department of Treasury,    Bureau of the Fiscal Service,
                POB 1686,    Birmingham, Alabama 35201-1686
516364423      EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery Associates,   120 Corporate Blvd,
                Suite 100,    Norfolk, Virginia 23502
516364422      EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery Associates,   POB 12914,
                Norfolk, Virginia 23541
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 03, 2017
                               Form ID: 148             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516586857       EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery Associates, LLC,
                C/O capital One, N.a.,    POB 41067,   Norfolk VA 23541
516588738       EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery Associates, LLC,
                C/O u.s. Bank National Association,    POB 41067,   Norfolk VA 23541
516588736       EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery Associates, LLC,   c/o Gap,
                POB 41067,    Norfolk VA 23541
516364425      +EDI: RMCB.COM Aug 03 2017 22:28:00     RMCB,    POB 1235,    Elmsford, New York 10523-0935
516364427       EDI: RMSC.COM Aug 03 2017 22:28:00     SYNCB/JC Penney,    POB 965007,
                Orlando, Florida 32896-5007
516364428      +EDI: RMSC.COM Aug 03 2017 22:28:00     SYNCB/TJXDC,    POB 965005,   Orlando, Florida 32896-5005
516364426       EDI: SWCR.COM Aug 03 2017 22:28:00     Southwest Credit,
                4120 International Parkway, Suite 1100,    Carrollton, Texas 75007-1958
516364429      +EDI: RMSC.COM Aug 03 2017 22:28:00     Synchrony Bank/Gap,    POB 965005,
                Orlando, Florida 32896-5005
516364431      +E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:05      United States Attorney,
                Peter Rodino Federal Building,    970 Broad Street, Suite 700,   Newark, New Jersey 07102-2527
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516364400*     +Capital One Bank (USA), N.A.,    POB 5253,   Carol Stream, Illinois 60197-5253
516364411*      Internal Revenue Service,    P. O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
516364412*      Internal Revenue Service,    P. O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
516520556*     +Midland Funding, LLC,    PO Box 2011,   Warren, MI 48090-2011
516479731*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,   Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Darden     on behalf of Creditor    UNITED STATES OF AMERICA erin.darden@usdoj.gov
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Victor Druziako     on behalf of Joint Debtor Maria D. Loaeza bkdruziako@aol.com
              Victor Druziako     on behalf of Debtor Ariel  Loaeza-Hernandez bkdruziako@aol.com
                                                                                             TOTAL: 7
```